UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | E. D. Mo. No. 4:16 MJ 269 DDN |
| ) | D. Kansas No. 16-20101 CM/TJJ |
| TYLER KORN, ) | |
| ) | |
| Defendant. ) | |

## ORDER APPOINTING FEDERAL PUBLIC DEFENDER

Pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006(A), and the Criminal Justice Act Plan for the Eastern District of Missouri, IV, B, the Federal Public Defender for this District is appointed to represent the above-named defendant in this matter for:

✓ The initial appearance only.

✓ All further proceedings in this case.

/s/ David D. Noce
**UNITED STATES MAGISTRATE JUDGE**

Signed on the 7TH day of December, 2016.