# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI

### Courtroom Minute Sheet – Criminal Case

**Date** 12/7/2016   **Judge** Noce   **Case No.** 4:16-mj-00269-DDN

**UNITED STATES OF AMERICA** v. Tyler Korn

Court Reporter: FTR GOLD   Deputy Clerk: COlliges

Assistant United States Attorney(s): Reggie Harris (not present)

Attorney(s) for Defendant(s): Bob Wolfrum

Interpreter: ____   ☐ SEALED PROCEEDING

**Proceedings:**

- ☐ Initial Appearance
  - ☐ Supervised Release Revocation
- ☐ Arraignment
- ☐ Preliminary Examination
- ☐ Motion Hearing
  - ☐ Evidentiary Hearing
  - ☐ Oral Argument/Non Evidentiary Hearing
- ☐ Detention Hearing
  - ☐ Bond Review
- ☐ Bond Revocation
- ☒ Bond Execution/Appearance Bond
- ☐ In Court Hrg (**WAIVER OF MOTIONS**)
- ☐ Change of Plea/Sentencing
- ☐ Rule 5(c)(3) Removal (Identity)
- ☐ Preliminary Rev.
  - ☐ Probation
  - ☐ Supervised Release
- ☐ Competency
- ☐ Pretrial/Status Conf.
- ☐ Sentencing
- ☐ Material Witness

---

- ☐ Oral Motion for appointment of counsel (GRANTED)
- ☐ Defendant is advised of rights/indicates understanding of those rights.
- ☒ Bail/Bond set in the amount of: $ ____   ☐ Secured Appearance Bond   ☐ Secured by 10%
  - ☐ Secured by cash **only**   ☐ Secured by property   ☐ Unsecured bond   ☒ O/R bond
- ☐ Government filed motion for pretrial detention. Detention hearing scheduled for ____ Before ____
- ☐ Preliminary Revocation   ☐ Preliminary Examination set for ____ Before ____
- ☐ Defendant arraigned   ☐ Waives reading of indictment/information   ☐ Matter taken under advisement
- Plea entered: Not Guilty   Order on pretrial motions: ☐ issued   ☐ to issue
  - ☐ Written Motion for Extension of Time to File Pretrial Motions
  - ☐ Oral Motion for Suppression
  - ☐ Oral Motion for Determination of Arguably Suppressible Evidence by Govt
- ☐ Defendant waives ____   ☐ order to issue   ☐ oral ruling
- ☐ Defendant waives evidentiary hearing   ☐ By leave of court withdraws all pretrial motions

Trial date/time: ____ Before ____

Final Supervised Release Revocation Hearing set for ____ Before ____

☐ Remanded to custody   ☒ Released on bond

Next hearing date/time: 1/6/2017 at 2:00 pm   Type of hearing: Removal Proceedings   Before: DDN

Proceeding commenced: 1:36 pm   Proceeding concluded: 1:45 pm   Continued to: ____